ERIC GRANT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES NICHOLS, AKA JAMES EARL LAWHEAD, JR.,

Defendant.

CASE NO. 2:17-MJ-00074-KJN

GOVERNMENT'S MOTION TO DISMISS CRIMINAL COMPLAINT AND [~~PROPOSED~~] ORDER

The United States of America, through its attorney of record, Assistant U.S. Attorney Jason Hitt, brings this motion respectfully requesting an order dismissing the Criminal Complaint alleging unlawful flight to avoid prosecution against defendant James Nichols in Case No. 2:17-MJ-000074-KJN, pursuant to Federal Rule of Criminal Procedure 48(a).

The government brings this motion in the interests of justice because defendant Nichols was recently apprehended by officials on his underlying Placer County arrest warrant and will face charges for failing to register as a sex offender. Accordingly, the United States respectfully moves to dismiss the Criminal Complaint against defendant Nichols in the interests of justice pursuant to Rule 48(a).

ERIC GRANT
United States Attorney

Dated: October 9, 2026

/s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

# ORDER

For the reasons set forth in the motion to dismiss the Criminal Complaint filed by the United States, IT IS HEREBY ORDERED that the Criminal Complaint in Case No. 2:17-CR-00074-KJN is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

DATED: October 21, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE